**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 01-7265**

───────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

STEVEN AUBREY BURNETTE,

                              Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CR-99-109, CA-01-46)

───────────────

Submitted:  November 8, 2001      Decided:  November 16, 2001

───────────────

Before WILKINS, MICHAEL, and KING, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Steven Aubrey Burnette, Appellant Pro Se.  Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven Aubrey Burnette seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Burnette, No. CR-99-109; CA-01-46 (W.D. Va. May 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED